# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DANIEL M. EISENBERG
VASUDHA TALLA

ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
SARA LUZ ESTELA
BIANCA HERLITZ-FERGUSON
LAURA S. KOKOTAILO
SONYA LEVITOVA
HAFSA S. MANSOOR
SANA MAYAT
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

October 20, 2025

*Via ECF*

Hon. LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *FHJC v. New York Building Associates Inc., et al.*, No. 23 Civ. 1396

Dear Judge DeArcy Hall:

    This firm represents Plaintiff the Fair Housing Justice Center, Inc. in the above-referenced action. We write jointly on behalf of all parties to request that the Court so-order the enclosed Settlement Agreement and Order (the "Order").

    Under the terms of the Order, Plaintiff shall file a Stipulation and Order of Dismissal with prejudice with the Court within five business days after Plaintiff's counsel receives settlement payments from Defendants NY Building Associates, Inc., Naresh Mahangu, and Durukan Design, Inc., respectively. *See* Order ¶ 9. Pursuant to the Order, after the Stipulation of Dismissal is ordered, Plaintiff may seek leave to reopen the case only by motion to enforce compliance with the Order, following a good faith effort by the parties to resolve any dispute without the Court's assistance pursuant to the Order's dispute resolution mechanism. *See* Order ¶¶ 5-6.

    We thank the Court for its consideration of this request.

                                                    Respectfully submitted,

                                                  /s/
                                                Diane L. Houk
                                                Nick Bourland

Encl.: Settlement Agreement